IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION (KNOXVILLE)

| | | | |
|---|---|---|---|
| SHEILA A. WILSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:10-CV-185 |
| | ) | | (VARLAN/SHIRLEY) |
| AMERICAN HOME MORTGAGE | ) | | |
| SERVICING, INC., | ) | | |
| | ) | | |
| Defendant. | ) | | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties request that the above-referenced case be dismissed with prejudice with each party bearing its own discretionary costs as defined by Federal Rule of Civil Procedure 54.

IT IS, THEREFORE, ORDERED that this matter is dismissed with prejudice with each party bearing its own discretionary costs as defined by Federal Rule of Civil Procedure 54.

IT IS SO ORDERED.

ENTER *NUNC PRO TUNC* JANUARY 4, 2012

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

Prepared and submitted this 4th day of January 2012.

| For the Plaintiff: | For the Defendant: |
|---|---|
| **HOWARD & HOWARD, P.C.** | **SHERRARD & ROE, PLC** |
| | |
| s/ Elizabeth D. Sherrod | s/ Samuel P. Funk |
| Lewis S. Howard, Jr. (BPR# 011540) | Samuel P. Funk (BPR# 019777) |
| lewis@howardhowardlaw.com | sfunk@sherrardroe.com |
| Elizabeth D. Sherrod (BPR #027188) | Michael G. Abelow (BPR# 026710) |
| liz@howardhowardlaw.com | mabelow@sherrardroe.com |
| 4820 Old Kingston Pike | 150 Third Avenue South, Suite 1100 |
| Knoxville, Tennessee 37919 | Nashville, Tennessee 37201 |
| (865) 588-4091 | (615) 742-4200 |